United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERTICAL NETWORKS, INC,

        Plaintiff,

    v.

ALTIGEN COMMUNICATIONS, INC.,

        Defendant.

_____/

No. C 02-04253 JSW

**ORDER REQUIRING JOINT STATUS REPORTS**

      This matter is currently stayed.  It is HEREBY ORDERED that the parties shall submit joint status reports to the Court every sixty (60) days until such time as it is appropriate for the stay to be lifted or the matter is otherwise resolved.  If the stay is to be lifted and this matter will proceed, the parties shall submit a stipulation and proposed order setting this matter, as well as *Negotiated Data Solutions v. Dell, Inc.,* 03-5755, for a status conference on the earliest available date on the Court's case management calendar.

      **IT IS SO ORDERED.**

Dated:  August 11, 2005

                                 _____
                                 JEFFREY S. WHITE
                                 UNITED STATES DISTRICT JUDGE