1  SQUIRE, SANDERS & DEMPSEY L.L.P.
   David S. Elkins (State Bar No. 148077)
2  DElkins@ssd.com
   Jose L. Martin (State Bar No. 203709)
3  JLMartin@ssd.com
   600 Hansen Way
4  Palo Alto, California 94304-1043
   Telephone: 650.856.6500
5  Facsimile: 650.843.8777

6  Attorneys for Plaintiff and Counterclaim Defendant
   VERTICAL NETWORKS, INC.
7
   PERKINS COIE LLP
8  Kenneth B. Wilson (State Bar No. 130009)
   KWilson@perkinscoie.com
9  Dieter Hellmoldt (State Bar No. 221498)
   dhellmoldt@perkinscoie.com
10 Four Embarcadero Center, Suite 2400
11 San Francisco, California 94111-4131
   Telephone: 415.344.7000
12 Facsimile: 415.344.7050

13
   Counsel for Defendant and Counterclaimant
14 ALTIGEN COMMUNICATIONS, INC.

15                    UNITED STATES DISTRICT COURT
16                    NORTHERN DISTRICT OF CALIFORNIA
17

| | |
|---|---|
| 18  VERTICAL NETWORKS, INC., | Case No. C 02-4253 JSW |
| 19          Plaintiff, | |
|          vs. | **E-FILING** |
| 20  ALTIGEN COMMUNICATIONS, INC., | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| 21          Defendant. | |
| 22 | The Honorable Jeffrey S. White |
| 23  ALTIGEN COMMUNICATIONS, INC., | |
| 24          Counterclaimant, | |
| 25          vs. | |
| 26 | |
| 27  VERTICAL NETWORKS, INC., | |
| 28          Counterclaim Defendant. | |

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE
Case No. C 02-4253 JSW

1 | Plaintiff Vertical Networks, Inc. ("Vertical") and defendant AltiGen Communications, Inc. ("AltiGen") jointly submit this Stipulation and [Proposed] Order Continuing Status Conference and respectfully request an order as follows:

**STIPULATION**

1. On June 21, 2007, the Court scheduled a Status Conference in this matter for August 17, 2007 at 1:30 p.m.

2. Lead counsel for Plaintiff, however, is out of town and unavailable on August 17, 2007.

3. Counsel for Plaintiff contacted the Judge's Clerk to inquire about the next available date for a Status Conference. The Court Clerk advised that August 31, 2007 was the next available date.

4. Counsel for Plaintiff and Defendant conferred about continuing the Status Conference to August 31, 2007 and determined that lead counsel for both parties are available.

5. Accordingly, the parties agreed that the Status Conference currently set for August 17, 2007 at 1:30 p.m. be continued to August 31, 2007 at 1:30 p.m.

6. The parties also agreed that a joint status conference statement shall be due a week before the Status Conference, on August 24, 2007.

7. The parties respectfully request that the Court enter their stipulation as the Court's order.

Dated: July 13, 2007          SQUIRE SANDERS & DEMPSEY L.L.P

By: /s/ Jose Luis Martin
    David S. Elkins
    Jose L. Martin

Attorneys for Plaintiff and Counterclaim Defendant
VERTICAL NETWORKS, INC.

-2-
STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE
Case No. C 02-4253 JSW

1 | Dated: July 13, 2007          PERKINS COIE LLP

By: /s/ Kenneth B. Wilson
    Kenneth B. Wilson
    Dieter Hellmoldt

Attorneys for Defendant and Counterclaimant
ALTIGEN COMMUNICATIONS, INC.

Dated: July 13, 2007

*IT IS SO ORDERED*
/s/ Jeffrey S. White
Judge Jeffrey S. White
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-3-
STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE
Case No. C 02-4253 JSW